```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                  FORT PIERCE DIVISION
              CASE NO. 13-14056-CR-GRAHAM
```

UNITED STATES OF AMERICA

    Plaintiff,

vs.

**CHARITY BOATWRIGHT**,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on February 21, 2014. A Report and Recommendation filed on March 5, 2014 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Eighteen of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of March, 2014

             _____
             DONALD L. GRAHAM
             UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Fletcher Peacock, AFPD
        Russell Killinger, AUSA
```

Case 2:13-cr-14056-DLG   Document 51   Entered on FLSD Docket 03/20/2014   Page 2 of 2